IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 94-20392
Summary Calendar
_____

LUTHER YOUNG. JR.,

                                        Plaintiff-Appellant,

versus

JAMES E. COOK; HAROLD D.
BELL; STEPHEN KELLEY,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-92-695
- - - - - - - - - -
May 3, 1996
Before GARWOOD, WIENER and PARKER, Circuit Judges.

PER CURIAM:[*]

    Luther Young, Jr., appeals from the district court's
dismissal of his civil rights complaint as frivolous pursuant to
28 U.S.C. § 1915(d).  Young has filed with this court a request
to proceed in forma pauperis (IFP) on appeal.  Young argues that
he was ordered to turn out for work without his prescription
shoes, thus causing him pain; that the evidence was insufficient

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

to support his disciplinary convictions; that he was retaliated against for filing administrative grievances; that he was denied access to legal materials; and that he should have been given an opportunity to amend his complaint.  After a review of the record, we conclude that Young has not demonstrated that he will present a nonfrivolous issue on appeal.  Accordingly, Young's motion to proceed IFP on appeal is DENIED and the appeal is DISMISSED.  See Carson v. Polley, 689 F.2d 562, 586 (5th Cir. 1982); 5th Cir. R. 42.2.

IFP DENIED; APPEAL DISMISSED.